

EDWARDS WILDMAN PALMER LLP
750 LEXINGTON AVENUE
NEW YORK, NY 10022
+1 212 308 4411 main  +1 212 308 4844 fax
edwardswildman.com

Rory J. McEvoy
Partner
+1 212 912 2787
*fax* +1 212 308 4844
rmcevoy@edwardswildman.com

December 29, 2014

**VIA ECF**

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

      Re:    Martinez v. The Mount Sinai Hospital
              Docket No.: 14-civ-2548

Dear Judge Crotty:

      On behalf of our client, The Mount Sinai Hospital ("Mount Sinai"), and after consultation with Plaintiff's counsel, I write pursuant to the Court's Individual Practices Rule 1(E) to make a joint request for a thirty day extension of time to complete fact discovery from January 7, 2015 until February 6, 2015.

      The parties have completed all written discovery. We were originally scheduled to take Plaintiff's deposition on December 16, and the deposition of a non-party witness from Mount Sinai on December 18. However, on the Friday before her deposition, Plaintiff informed Mount Sinai that she was unable to take time off of work the following week. Given the upcoming holidays and the fact that Mount Sinai preferred to take Plaintiff's deposition before proceeding with a non-party witness, we were unable to find alternative dates in December for the depositions. We have selected dates for the depositions in January. Plaintiff is available on January 9, 2015, and the non-party witness from Mount Sinai is available on January 13, 2015. Accordingly, the parties request a thirty day extension to allow time to complete these depositions and to engage in any post-deposition discovery that may be necessary.

      We have enclosed a proposed revised scheduling order for the Court's consideration, which adjusts all future deadlines by seventy-five days. This is the second request to extend the discovery deadline. The Court previously granted a joint request for a seventy-five day extension of the discovery deadline on October 22, 2014.

Respectfully submitted,

*/s/ Rory J. McEvoy*
Rory J. McEvoy
Encl.

BOSTON • CHICAGO • HARTFORD • HONG KONG • ISTANBUL • LONDON • LOS ANGELES • MIAMI • MORRISTOWN
NEW YORK • ORANGE COUNTY • PROVIDENCE • STAMFORD • TOKYO • WASHINGTON DC • WEST PALM BEACH



Hon. Paul A. Crotty
December 29, 2014
Page 2


cc:     David Abrams, Esq. (via ECF)