LOCKE LORD LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONNA MARTINEZ,

        Plaintiff,

-against-

THE MOUNT SINAI HOSPITAL a/k/a MOUNT SINAI MEDICAL CENTER,

        Defendant.

14-civ-02548 (PAC) (HBP)

**NOTICE OF LAW FIRM NAME CHANGE**

---

PLEASE TAKE NOTICE, the law firm of Edwards Wildman Palmer LLP has changed its name to Locke Lord LLP effective January 10, 2015. The address and telephone number remain unchanged.

Date:   January 12, 2015
           New York, New York

                          LOCKE LORD LLP

                          By: _/s/ Katherine D. Watson_
                          Rory J. McEvoy
                          Katherine D. Watson
                          Attorneys for Defendant
                          750 Lexington Avenue
                          New York, New York 10022
                          212.308.4411

To:   David Abrams, Esq.
        Attorney for Plaintiff
        299 Broadway, Suite 1700
        New York, New York 10007
        Tel. 212-897-5821

LOCKE LORD LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA MARTINEZ,

        Plaintiff,

   -against-

THE MOUNT SINAI HOSPITAL a/k/a MOUNT SINAI MEDICAL CENTER,

        Defendant.

14-civ-02548 (PAC) (HBP)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

Madeline M. Ranum, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 12th day of January, 2015, she caused true and correct copies of the foregoing NOTICE OF LAW FIRM NAME CHANGE served upon:

        David Abrams, Esq.
        Attorney for Plaintiff
        299 Broadway, Suite 1700
        New York, New York 10007
        Tel. 212-897-5821
        Fax 212-897-5811
        Email dnabrams@gmail.com

by depositing a true copy of said document enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

                                                  Madeline M. Ranum

Sworn to before me this
12th day of January 2015

_____
Notary Public

JEAN W. McLOUGHLIN
Notary Public, State of New York
No. 01MC6184463
Qualified in Queens County
Commission Expires April 7, 20__/16