UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DONNA MARTINEZ,
                      Plaintiff,

Case No. 14-civ-02548 (PAC) (HBP)

-against-

THE MOUNT SINAI HOSPITAL, a/k/a MOUNT SINAI MEDICAL CTR.  Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Katherine D. Watson**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KW4105      My State Bar Number is 5024674

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Locke Lord LLP
                    FIRM ADDRESS: 750 Lexington Avenue, New York, NY 10022
                    FIRM TELEPHONE NUMBER: (212) 308-4411
                    FIRM FAX NUMBER: (212) 308-4844

NEW FIRM:    FIRM NAME: Blank Rome LLP
                    FIRM ADDRESS: 405 Lexington Avenue, New York, NY 10174
                    FIRM TELEPHONE NUMBER: (212) 885-5000
                    FIRM FAX NUMBER: (212) 885-5001

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 3, 2015

*Katherine Watson*
ATTORNEY'S SIGNATURE

BLANK ROME LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212.855.5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA MARTINEZ,

        Plaintiff,

-against-                    14-civ-02548 (PAC) (HBP)

THE MOUNT SINAI HOSPITAL a/k/a MOUNT    **AFFIDAVIT OF SERVICE**
SINAI MEDICAL CENTER,

        Defendant.

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

Madeline M. Ranum, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 3rd day of March, 2015, she caused true and correct copies of the foregoing NOTICE OF CHANGE OF ADDRESS served upon:

        David Abrams, Esq.
        Attorney for Plaintiff
        299 Broadway, Suite 1700
        New York, New York 10007
        Tel. 212-897-5821
        Fax 212-897-5811
        Email dnabrams@gmail.com

by filing a true copy of said documents on the United States District Court's electronic court filing system.

                                                    _____
                                                    Madeline M. Ranum

Sworn to before me this
3rd day of March 2015

_____
Notary Public

HAROLD ARYEE
Notary Public, State of New York
No. 01AR6167324
Qualified in Westchester County
Commission Expires 05/29/2015