UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

DONNA MARTINEZ,   Plaintiff,

-against-

THE MOUNT SINAI HOSPITAL, a/k/a MOUNT SINAI MEDICAL CTR.   Defendant.
--------------------------------------------------------

Case No. 14-civ-02548 (PAC) (HBP)

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Rory J. McEvoy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RM1327   My State Bar Number is 1451913

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Locke Lord LLP
FIRM ADDRESS: 750 Lexington Avenue, New York, NY 10022
FIRM TELEPHONE NUMBER: (212) 308-4411
FIRM FAX NUMBER: (212) 308-4844

NEW FIRM:   FIRM NAME: Blank Rome LLP
FIRM ADDRESS: 405 Lexington Avenue, New York, NY 10174
FIRM TELEPHONE NUMBER: (212) 885-5000
FIRM FAX NUMBER: (212) 885-5001

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: March 3, 2015

_____
ATTORNEY'S SIGNATURE

BLANK ROME LLP
Rory J. McEvoy
Katherine D. Watson
Attorneys for Defendant
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
212.855.5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA MARTINEZ,

     Plaintiff,

   -against-            14-civ-02548 (PAC) (HBP)

THE MOUNT SINAI HOSPITAL a/k/a MOUNT **AFFIDAVIT OF SERVICE**
SINAI MEDICAL CENTER,

     Defendant.

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

Madeline M. Ranum, being duly sworn, deposes and says that she is over the age of eighteen; is not a party to this action; and that on the 3rd day of March, 2015, she caused true and correct copies of the foregoing NOTICE OF CHANGE OF ADDRESS served upon:

     David Abrams, Esq.
     Attorney for Plaintiff
    299 Broadway, Suite 1700
    New York, New York 10007
     Tel. 212-897-5821
     Fax 212-897-5811
   Email dnabrams@gmail.com

by filing a true copy of said documents on the United States District Court's electronic court filing system.

                    Madeline M. Ranum

Sworn to before me this
3rd day of March 2015

HAROLD ARYEE
Notary Public, State of New York
No. 01AR6167324
Qualified in Westchester County
Commission Expires 05/29/2015

_____
Notary Public