UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Martinez                        Plaintiff,

          -against-

Mount Sinai Hospital         Defendant.
-------------------------------------------------------

Case No. 14 cv 2548 (PAC)

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**David Abrams**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DA-8126          My State Bar Number is 3051604

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: David Abrams, Attorney at Law
            FIRM ADDRESS: 299 Broadway Suite 1700
            FIRM TELEPHONE NUMBER: 212-897-5821
            FIRM FAX NUMBER: 212-897-5811

NEW FIRM:   FIRM NAME: David Abrams, Attorney at Law
            FIRM ADDRESS: 305 Broadway Suite 601
            FIRM TELEPHONE NUMBER: 212-897-5821
            FIRM FAX NUMBER: 212-897-5811

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/19/15

ATTORNEY'S SIGNATURE