

Phone:   (212) 885-5140
Fax:     (917) 332-3760
Email:   RMcEvoy@BlankRome.com

April 14, 2015

**BY ECF AND FEDERAL EXPRESS**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

> Re: Martinez v. The Mount Sinai Hospital
>     Docket No. 14-civ.-02548

Dear Judge Crotty:

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai") and pursuant to the April 3 email from Mr. Marlon Ovalles, I write to submit a proposed summary judgment briefing schedule for the Court's approval. My colleague, Katherine D. Watson, consulted with Plaintiff's counsel who consents to the following: (i) Mount Sinai to file its moving brief on or before May 15; (ii) Plaintiff to file her opposition and/or cross-motion on or before June 12; (iii) Mount Sinai to file its reply and/or opposition on or before June 26; and (iv) Plaintiff to submit her reply on or before July 17.

Respectfully submitted,

Rory J. McEvoy

cc:   David Abrams, Esq. (via ECF)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington